UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SANDRA L. WOODFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. _____ |
| | ) |
| INTERSTATE HOTELS & RESORTS, INC. | ) |
| d/b/a | ) |
| SUNSTONE HOTEL PROPERTIES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Interstate Hotels & Resorts, Inc. ("IHR" or "Defendant"), by counsel, hereby removes this action, *Sandra L. Woodford v. Interstate Hotels & Resorts, Inc. d/b/a Sunstone Hotel Properties, Inc.*, from the District Court for Olmsted County, Third Judicial District to the United States District Court for the District of Minnesota. As grounds for the removal, Defendant states as follows:

1. On April 15, 2013, Plaintiff served the Complaint in this action pursuant to Rule 4.05 of the Minnesota Rules of Civil Procedure. Plaintiff thereafter effected formal service of the Complaint on April 29, 2013. Plaintiff has not yet filed the Complaint in the local court.

2. True and correct copies of the Complaint and all other documents related thereto are attached as Exhibit A.

3. In the Complaint, Plaintiff purports to assert a state-law cause of action for age discrimination arising under the Minnesota Human Rights Act, Minn. Stat. § 363A.08.

4. This action is subject to removal because the amount in controversy exceeds $75,000 and the suit is between citizens of different states. *See generally* 28 U.S.C. §1332.

5. First, the amount in controversy exceeds the sum or value of $75,000. In the Complaint, Plaintiff seeks, among other things, general and special damages in excess of $50,000; statutory damages in excess of $150,000; punitive damages in the amount of $25,000; a statutory civil penalty in an amount to be determined at trial; and an award of statutory attorneys' fees. *See* Complaint at 4-5. Plaintiff's damages claim, in this instance, conclusively establishes the requisite jurisdictional amount.

6. Second, this action is between citizens of different states. Plaintiff is a resident and citizen of the state of Minnesota. *See* Complaint ¶1. Defendant IHR is a corporation organized under the laws of the state of Delaware with its principal place of business in Virginia. *See id*. at ¶2. Accordingly, IHR is a citizen of the states of Delaware and Virginia. *See* 28 U.S.C. §1332(c)(1). Although not a defendant, Sunstone Hotel Properties, Inc., a subsidiary of IHR, is organized under the laws of Colorado and maintains its principal place of business in Virginia. Accordingly, Sunstone is a citizen of the states of Colorado and Virginia.

7. This Notice of Removal is filed within 30 days of the Defendants' receipt of the Complaint and is otherwise timely under 28 U.S.C. §1446(b).

8. As required by 28 U.S.C. §1446(d), Defendant is providing contemporaneously herewith a true and correct copy of this Notice of Removal to the Plaintiff and to the Clerk of the District Court for Olmsted County. A true and correct copy of the Notice of Filing Notice of Removal to be filed in the District Court for Olmsted County is attached hereto as Exhibit B.

WHEREFORE, Defendant hereby removes the pending state court action to the United States District Court for the District of Minnesota pursuant to 28 U.S.C. §§1441 and 1446.

Dated:  May 10, 2013

Respectfully submitted,

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.


By:     s/ Casey M. Nolan
Mark Mathison (#028709X)
Casey M. Nolan (#347279)
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: 612.632.3247
Fax: 612.632.4247
Mark.Mathison@gpmlaw.com
Casey.Nolan@gpmlaw.com

<u>Of Counsel</u>:
Michael J. Lorenger
Lorenger & Carnell PLC
651 South Washington Street
Alexandria, Virginia 22314
(703) 684-1808 – Phone
(703) 684-1805 – Fax
mlorenger@lorengercarnell.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 10th day of May 2013, I served the foregoing Notice of Removal by mailing it First Class U.S. Mail, postage pre-paid to, the following:

Alf E. Sivertson
Marit M. Sivertson
1465 Arcade Street
Saint Paul, MN  55106-1740

              s/ Casey M. Nolan
Casey M. Nolan

GP:3412701 v1